In the Matter of the Application of ERNEST E. FRANKLE, Respondent, for Permission to Sue ALEXANDER MACMURRAY, as Receiver of the Commodore Apartments, Appellant.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and the motion denied, without prejudice to an application to the County Court of Nassau county to vacate the order discharging the receiver, and for leave to sue the receiver. The receiver was appointed in an action in the County Court of Nassau county, and it is to that court, and not to the Supreme Court, that an application for leave to sue the receiver should have been made. The receiver having been discharged, it was not proper to make an order granting leave to sue him. An application should have been made to vacate the order discharging the receiver, which, in view of the facts, probably would have been granted. Lazansky, P. J., Scudder, Tompkins and Davis, JJ., concur; Hagarty, J., concurs in result.

In the Matter of the Application for Letters of Administration of the Goods, Chattels and Credits of ANDREW D. SKERENCAK, Deceased. MARY CONKLIN, Appellant; ANNA SKERENCAK, as Administratrix, etc., Respondent.— Decree of the Surrogate's Court of Westchester county, granting letters of administration to Anna Skerencak, reversed on the law and the facts, with costs to appellant, payable out of the estate, the appointment revoked, and the matter remitted as hereinafter stated. Appeal from order dated June 2, 1933, and from the two orders dated November 24, 1933, dismissed. On the record before this court, the Surrogate's Court, on the petition of Joseph Skerencak for his appointment as administrator and on the objection of Mary Conklin, the appellant, refused to appoint him and appointed appellant as administratrix; but no decree to that effect was entered and she did not qualify, claiming that, because the decedent was a resident of New York county at the time of his death, the surrogate did not have jurisdiction. The surrogate on his own motion thereupon revoked the appointment of appellant and issued letters of administration to Anna Skerencak, the respondent, against the objection of appellant and without taking proof to ascertain where jurisdiction lay. The matter will be remitted to the Surrogate's Court to take proof on the question of jurisdiction and for disposition accordingly. Lazansky, P. J., Hagarty, Carswell and Scudder, JJ., concur; Kapper, J., not voting.